IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK ISRAEL | : | CIVIL ACTION |
| v. | : | |
| DAVID WAKEFIELD, et al. | : | NO. 07-4899 |

ORDER

AND NOW, this 28th day of February, 2008, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, and the objection to the Report and Recommendation, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ACCEPTED.

2. The objection is OVERRULED.

3. The petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is DISMISSED.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.